THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Edward Lamar
 Smoak, Jr., Appellant.
 
 
 

Appeal From Lexington County
R. Knox McMahon, Circuit Court Judge

Unpublished Opinion No. 2009-UP-488
 Submitted October 1, 2009  Filed October
21, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh,  and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for
 Respondent.
 
 
 

PER CURIAM: Edward
 Lamar Smoak, Jr., pled guilty to armed
 robbery pursuant to North Carolina v. Alford, 400 U.S. 25 (1970).  Smoak
 appeals, arguing the plea judge erred in accepting his guilty plea before
 determining Smoak's competence at the time of the offense.  Smoak filed a
 separate pro se brief.  After a thorough review of the record and both briefs pursuant
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Smoak's appeal and grant counsels petition to be relieved.  
APPEAL
 DISMISSED.
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.